## William L. PAULEY, Claimant–Appellant,

v.

## R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7329.

United States Court of Appeals,
Federal Circuit.

June 28, 2007.

### ORDER

Upon consideration of William L. Pauley's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

**992**

(1) The motion is granted.

(2) All sides shall bear their own costs.

Upon consideration of James H. Frye's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.